| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Joshua K Bridges | 7/6/1981 | TN | Eastern District of Tennessee | No | MOA Municipality of Anchorage (AK2210906) | No | Testicular Cancer | 1-9 |
| 2 | Joshua Brooks | 12/23/1992 | SC | District of South Carolina | No | Kennebec Water District (ME0090750) | No | Testicular Cancer | 1-9 |
| 3 | Linda Brown | 8/8/1955 | CO | District of Colorado | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 4 | Daniel J Califano | 9/25/1988 | MD | District of Maryland | No | Stafford County Utilities (VA6179100) | No | Testicular Cancer | 1-9 |
| 5 | Manuel Rios | 7/23/1967 | TX | Southern District of Texas | No | City Of Laredo (TX2400001) | No | Kidney Cancer | 1-9 |
| 6 | Karen Rippeto | 2/4/1957 | CA | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Kidney Cancer | 1-9 |
| 7 | Judith Rippetoe | 11/26/1953 | CA | Southern District of California | No | California American Water Company- Lincoln Oaks (CA3410013) | No | Kidney Cancer | 1-9 |
| 8 | Theodore Ritterson | 3/25/1985 | NJ | District of New Jersey | Yes | North Brunswick Water Department (NJ1215001) | No | Testicular Cancer | 1-9 |
| 9 | April Rivera | 4/22/1967 | NY | Northern District of New York | No | Schenectady City Water Works (NY4600070) | No | Kidney Cancer | 1-9 |
| 10 | Brenda Rivera | 3/5/1981 | CT | District of Connecticut | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 11 | Daniella Rivera | 7/9/1955 | CO | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 12 | Dawn Rivera | 2/27/1959 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 13 | Ricardo Rivera | 2/3/1983 | NC | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington (NC0465010) | No | Testicular Cancer | 1-9 |
| 14 | Adrian Rivera-Colon | 3/19/1990 | PA | Middle District of Pennsylvania | No | Veolia/Suez Water PA (PA7220015) | No | Testicular Cancer | 1-9 |
| 15 | Katherine Rivitt | 3/24/1969 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Dean Rizzo | 7/14/1968 | CT | District of Connecticut | No | Meriden Water Division (CT0800011) | No | Kidney Cancer | 1-9 |
| 17 | Andre Rizzotti | 11/13/1996 | TX | District of Arizona | No | City Of Tempe (AZ0407100) | No | Testicular Cancer | 1-9 |
| 18 | Bruce Robbins | 9/2/1953 | FL | Middle District of Florida | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 19 | Jerry Roberts Jr | 10/15/1965 | SC | District of South Carolina | No | Grand Stand Water & Sewer Authority (SC2620004) | No | Kidney Cancer | 1-9 |
| 20 | Fred Roberts | 10/28/1974 | CA | Northern District of California | No | City Of Merced (CA2410009) | No | Kidney Cancer | 1-9 |
| 21 | Jack Roberts | 9/28/1973 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 22 | Miles Roberts | 3/25/1986 | AZ | District of Arizona | No | City Of Tempe (AZ0407100) | No | Testicular Cancer | 1-9 |
| 23 | Samuel Roberts | 5/23/1980 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Ulcerative Colitis | 1-9 |
| 24 | Walter Roberts | 2/13/1954 | OR | District of Oregon | No | City Of Milwaukie (OR4100528) | No | Kidney Cancer | 1-9 |
| 25 | William Robey | 6/3/1968 | AL | Northern District of Alabama | No | Graysville Water & Sewer Board (AL0000748) | No | Kidney Cancer | 1-9 |
| 26 | Andrea Robinson | 3/17/1963 | FL | Southern District of Florida | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 27 | Austin Robinson | 6/8/1985 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 28 | Bryan Robinson | 11/8/1973 | AL | Northern District of Alabama | No | Sheffield Utilities Department (AL0000327) | No | Kidney Cancer | 1-9 |
| 29 | Eugene Robinson | 1/21/1961 | VA | Western District of Virginia | No | Western Virginia Water Authority (VA2770900) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Joseph Robinson | 6/7/1970 | LA | Middle District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 31 | Naida Robinson | 9/13/1958 | OH | Northern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 32 | Phillip Robinson | 12/7/1955 | NC | Middle District of North Carolina | No | City Of Goldsboro (NC0496010) | No | Kidney Cancer | 1-9 |
| 33 | Qubilah Robinson | 2/8/1970 | VA | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Kidney Cancer | 1-9 |
| 34 | Rudolph Robinson | 1/8/1965 | PA | Middle District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 35 | Robert Robison Jr | 3/22/1985 | FL | Eastern District of California | Yes | City Of Redding (CA4510005) | No | Ulcerative Colitis | 1-9 |
| 36 | Leonard Robledo Jr | 12/26/1990 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Testicular Cancer | 1-9 |
| 37 | Debra Robles | 2/23/1959 | TX | Western District of Texas | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 38 | Jesus Robles | 4/30/1985 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 39 | Bruce Roby | 4/2/1953 | KY | Western District of Kentucky | No | E Daviess Co Water Association Inc. (KY0300109) | No | Kidney Cancer | 1-9 |
| 40 | Trent Rocco | 1/8/1996 | FL | Middle District of Florida | No | Naples Water Department (FL5110198) | No | Testicular Cancer | 1-9 |
| 41 | Jose Rocha | 8/21/1997 | NC | Northern District of California | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 42 | Alisha Rockett | 4/30/1995 | MA | District of Massachusetts | No | Attleboro Water Dept (MA4016000) | No | Ulcerative Colitis | 1-9 |
| 43 | Leone Rodgers | 12/6/1943 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 44 | Tina Rodgers | 9/7/1963 | CA | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Kidney Cancer | 1-9 |
| 45 | Cesar Rodriguez Solares | 2/8/1953 | CA | Central District of California | No | Monrovia-City Water Department (CA1910090) | No | Kidney Cancer | 1-9 |
| 46 | Alma Rodriguez | 12/1/1963 | CA | Central District of California | No | City Of Santa Fe Springs (CA1910245) | No | Kidney Cancer | 1-9 |
| 47 | Angel Rodriguez | 12/11/1987 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Testicular Cancer | 1-9 |
| 48 | Cathy Rodriguez | 5/30/1961 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 49 | David Rodriguez | 4/15/1963 | CA | Eastern District of California | No | City of Orange (CA3010027) | No | Kidney Cancer | 1-9 |
| 50 | Gail Rodriguez | 12/17/1960 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 51 | Jonathan Rodriguez | 3/25/1992 | CA | Central District of California | No | City Of Lancaster (PA7360058) | No | Testicular Cancer | 1-9 |
| 52 | Jorge Rodriguez | 5/4/1983 | NY | Southern District of New York | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 53 | Jose A Rodriguez | 6/19/1957 | FL | Middle District of Florida | No | Orlando Utilities Commission (FL3480962) | No | Kidney Cancer | 1-9 |
| 54 | Lupita Rodriguez | 6/26/1966 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 55 | Roberto Rodriguez | 4/18/1959 | CT | District of Connecticut | No | Sharyland Wsc (TX1080033) | No | Kidney Cancer | 1-9 |
| 56 | Gerald Roehling | 1/25/1965 | WI | District of Minnesota | No | City of Oakdale (MN1820016) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Christie Roenfeldt | 8/8/1958 | NE | District of Nebraska | No | City Of North Platte (NE3111106) | No | Kidney Cancer | 1-9 |
| 58 | John-Paul Roesler | 6/15/1988 | CT | District of Connecticut | No | Norwich Public Utilities Connecticut (CT1040011) | No | Testicular Cancer | 1-9 |
| 59 | Pam Rogers | 4/29/1959 | SC | District of South Carolina | No | City of Florence (SC2110001) | No | Kidney Cancer | 1-9 |
| 60 | Ralph Rogers | 6/15/1946 | TX | Eastern District of California | No | City Of Redding (CA4510005) | No | Kidney Cancer | 1-9 |
| 61 | Robert Rogers | 12/24/1958 | AL | Middle District of Alabama | Yes | NAS Pensacola-Corry Station (FL1170814) | No | Kidney Cancer | 1-9 |
| 62 | Stanley Rogers | 10/24/1947 | FL | Northern District of Florida | No | Pace Water System, Inc. (FL1570671) | No | Kidney Cancer | 1-9 |
| 63 | Vernon Rogers | 8/21/1963 | TX | Southern District of Texas | No | Pine Trail Utilities (TX1010535) | No | Kidney Cancer | 1-9 |
| 64 | Cesar Rojas Sanchez | 3/16/1965 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Ulcerative Colitis | 1-9 |
| 65 | John Paul Roland | 9/17/1992 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Ulcerative Colitis | 1-9 |
| 66 | Matthew Rolle | 1/22/1994 | WA | Western District of Washington | No | City Of Olympia (WA5363450) | No | Testicular Cancer | 1-9 |
| 67 | Maria Esther Romero Zaldivar | 4/11/1950 | CA | Central District of California | No | City of Clovis (CA1010003) | No | Liver Cancer | 1-9 |
| 68 | Aundre Romero | 4/13/1999 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 69 | Donald M. Romero | 1/11/1965 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 70 | Luis J Romero-Fontamilles | 4/11/1962 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 71 | Moises Rosales | 6/5/1977 | CA | Central District of California | No | Rubio Canon Land & Water Association (CA1910140) | No | Testicular Cancer | 1-9 |
| 72 | Joaquin Rosas | 9/29/1967 | CA | Southern District of California | No | Elsinore Valley MWD (CA3310012) | No | Kidney Cancer | 1-9 |
| 73 | Victor Rosas | 4/19/1997 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Testicular Cancer | 1-9 |
| 74 | Walter Rose | 10/2/1967 | SC | District of South Carolina | No | City of Columbia (SC4010001) | No | Kidney Cancer | 1-9 |
| 75 | Eugene Rosebud | 8/19/1962 | CA | Northern District of California | No | City Of Vacaville (CA4810008) | No | Kidney Cancer | 1-9 |
| 76 | Diahanna Rose-Davis | 3/3/1969 | CA | Eastern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Testicular Cancer | 1-9 |
| 77 | Mark Rosen | 1/24/1944 | FL | Middle District of Florida | No | College Utilities Corp (AK2310900) | No | Kidney Cancer | 1-9 |
| 78 | Deborah Ross Hill | 3/21/1971 | KY | Eastern District of Kentucky | No | Cannonsburg Water District (KY0100064) | No | Kidney Cancer | 1-9 |
| 79 | Brian Ross | 8/23/1965 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 80 | Richard J Ross | 3/20/1984 | AL | Middle District of Alabama | Yes | Clanton Water Dept (AL0000213) | No | Ulcerative Colitis | 1-9 |
| 81 | Mark Roszel | 4/8/1961 | NC | Middle District of North Carolina | No | PWCSA - East (VA6153600) | No | Kidney Cancer | 1-9 |
| 82 | Alexander Rocha | 5/14/1981 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 83 | Ronald Rotter | 5/27/1960 | PA | Eastern District of Pennsylvania | No | Chester Water Authority (PA1230004) | No | Kidney Cancer | 1-9 |
| 84 | Jeffrey Rovner | 5/1/1989 | CA | Eastern District of California | No | Modesto Irrigation District;Modesto, City Of (CA5010038) | No | Testicular Cancer | 1-9 |
| 85 | Gloria Rowley | 8/1/1934 | FL | Northern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 86 | Ryan Roy | 8/14/1980 | WI | Eastern District of Wisconsin | No | West Bend Water Utility (WI2670120) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 87 | Lendard Rozier | 7/17/1958 | NC | Eastern District of North Carolina | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| 88 | Alexander Ruane | 10/10/1990 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Testicular Cancer | 1-9 |
| 89 | Dan Rubinstein | 1/29/1957 | PA | Eastern District of Pennsylvania | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 90 | Eric Rubinstein | 1/10/1994 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Ulcerative Colitis | 1-9 |
| 91 | Igor Rudenko | 7/11/1991 | WA | District of Washington | No | Redmond Water System (WA5371650) | No | Ulcerative Colitis | 1-9 |
| 92 | Karen Rugar | 7/9/1971 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 93 | Judy Rundgren | 10/3/1960 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 94 | Monica Runyon | 2/11/1959 | WA | Western District of Washington | No | Covington Water District (WA5341650) | No | Ulcerative Colitis | 1-9 |
| 95 | Umberto Ruscitto | 12/5/1966 | NY | Eastern District of New York | No | Veolia Water New York (NY4303673) | No | Testicular Cancer | 1-9 |
| 96 | Thomas Russ | 3/29/1983 | SC | District of South Carolina | No | Walterboro City Of (1510004) (SC1510004) | No | Testicular Cancer | 1-9 |
| 97 | Chuck Russell | 2/12/1968 | TX | Southern District of Texas | No | Burlington Municipal Waterworks (IA2909053) | No | Testicular Cancer | 1-9 |
| 98 | Errol Russell | 1/24/1969 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 99 | Leslie Russell | 3/31/1968 | SC | District of South Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 100 | Edward Russin | 9/3/1942 | NJ | District of New Jersey | No | Marlboro Township Water Utility Division (NJ1328002) | No | Kidney Cancer | 1-9 |
| 101 | Ronald Russo | 3/25/1955 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 102 | Teresa Ruster | 10/23/1953 | AL | Northern District of Alabama | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 103 | Christopher Ryan | 8/6/1969 | GA | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 104 | Timothy Ryan | 11/1/1960 | OH | Northern District of Ohio | No | Stow Public Water System (OH7704503) | No | Kidney Cancer | 1-9 |
| 105 | Dominico Saddler | 2/8/1985 | LA | Eastern District of Louisiana | No | New Orleans Carrollton Water Works (LA1071009) | No | Testicular Cancer | 1-9 |
| 106 | Ronald J Safranyos | 2/2/1976 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 107 | Brian Sage | 7/10/1965 | NJ | District of New Jersey | No | Florence Township Water Department (NJ0315001) | No | Kidney Cancer | 1-9 |
| 108 | Erick Salas | 4/11/2004 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Testicular Cancer | 1-9 |
| 109 | Christopher Saldate | 1/7/1976 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 110 | Jordan Salem | 4/20/1973 | TX | Northern District of Texas | No | City Of North Richland Hills (TX2200063) | No | Testicular Cancer | 1-9 |
| 111 | Thomas Salinas | 6/5/1980 | TX | Northern District of Texas | No | City Of Watauga (TX2200328) | No | Testicular Cancer | 1-9 |
| 112 | Jaclyn Salvo | 6/21/1979 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Ulcerative Colitis | 1-9 |
| 113 | Edward Sambriski | 11/3/1969 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Testicular Cancer | 1-9 |
| 114 | Joseph Sammartino | 4/28/1947 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 115 | Holly Sammons | 6/18/1980 | KY | Eastern District of Kentucky | No | Titusville, City Of (FL3051367) | No | Ulcerative Colitis | 1-9 |
| 116 | Daniel Sampson | 6/25/1983 | WA | Eastern District of Washington | No | City Of Medical Lake (WA5353400) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 117 | Jeffery Samuel | 4/14/1966 | MS | Southern District of Mississippi | No | City Of Jackson (MS0250008) | No | Kidney Cancer | 1-9 |
| 118 | Bruce Samuelson | 12/17/1960 | WA | Western District of Washington | No | City of Vancouver (WA5391200) | No | Ulcerative Colitis | 1-9 |
| 119 | Brendan San Antonio | 5/7/1981 | NH | District of New Hampshire | No | Pennichuck Water Works (NH1621010) | No | Testicular Cancer | 1-9 |
| 120 | Albert Sanchez | 10/24/1963 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 121 | Ramon Sanchez | 3/1/1959 | CA | Central District of California | No | City of Anaheim (CA3010001) | No | Kidney Cancer | 1-9 |
| 122 | Uriel Sanchez | 5/4/1991 | DE | District of Delaware | No | Wilmington Water Department (DE0000663) | No | Testicular Cancer | 1-9 |
| 123 | Dale Sanders | 10/26/1951 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Testicular Cancer | 1-9 |
| 124 | Kamaaria J.D. Sanders | 3/18/1996 | MI | Eastern District of Michigan | No | Ann Arbor (MI0000220) | No | Ulcerative Colitis | 1-9 |
| 125 | Linda Sanders | 1/23/1961 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 126 | Tanya Lee Sanders | 2/4/1943 | WA | Eastern District of Washington | No | City Of Olympia (WA5363450) | No | Kidney Cancer | 1-9 |
| 127 | Teresa Lynn Sanders | 2/1/1969 | GA | Southern District of Georgia | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 128 | Michael Santangelo | 5/23/1980 | NJ | District of New Jersey | No | Paulsboro Water Department (NJ0814001) | No | Testicular Cancer | 1-9 |
| 129 | Joel Santiago | 1/4/1988 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 130 | Gregorio Santos | 1/14/1959 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 131 | Jose Santos | 2/5/1966 | VA | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 132 | Scott Sapp | 9/4/1963 | MO | Western District of Missouri | No | Cole County Pwsd 2 (MO3024160) | No | Kidney Cancer | 1-9 |
| 133 | Michael Sareeram | 3/15/1958 | CA | Eastern District of California | No | California American Water Service - Chico (CA0410002) | No | Testicular Cancer | 1-9 |
| 134 | Lesley Sargent | 9/11/1962 | AZ | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 135 | Lisa Sargent | 2/23/1961 | AL | Northern District of Alabama | No | Helena Utility Board (AL0001157) | No | Kidney Cancer | 1-9 |
| 136 | Richard J. Sarmento | 10/23/1964 | AZ | District of Arizona | No | City Of Tempe (AZ0407100) | No | Kidney Cancer | 1-9 |
| 137 | Mary Smith | 2/20/1954 | IN | Western District of North Carolina | No | Kings Mountain, Town Of (NC0123020) | No | Kidney Cancer | 1-9 |
| 138 | Glenn Taylor | 9/16/1969 | TX | Eastern District of North Carolina | No | Greenville Utilities Commission (NC0474010) | No | Testicular Cancer | 1-9 |
| 139 | Mason Throneburg | 11/6/1989 | NC | Central District of California | No | Rancho California Water District (CA3310038) | No | Testicular Cancer | 1-9 |
| 140 | Angela Yancy | 12/3/1971 | AL | Northern District of Georgia | No | City of Calhoun (GA1290000) | No | Kidney Cancer | 1-9 |